IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sutton, Raeisha S

Printed: 9/3/08

Case Number: 06 B 12786
Judge: Squires, John H
Filed: 10/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 23, 2008
Confirmed: January 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,926.00 |  |
| Secured: |  | 1,376.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,402.64 |
| Trustee Fee: |  | 147.16 |
| Other Funds: |  | 0.00 |
| Totals: | 2,926.00 | 2,926.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 1,402.64 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Chase Bank | Secured | 0.00 | 0.00 |
| 5. | Aastro Title Lenders | Secured | 1,282.84 | 125.00 |
| 6. | Chicago Municipal Employees CU | Secured | 5,866.80 | 970.11 |
| 7. | Cook County Treasurer | Secured | 1,890.00 | 281.09 |
| 8. | GMAC Mortgage Corporation | Secured | 2,647.80 | 0.00 |
| 9. | CitiFinancial Mortgage | Secured | 1,332.08 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 50.12 | 0.00 |
| 11. | Capital One | Unsecured | 74.99 | 0.00 |
| 12. | Capital One | Unsecured | 50.69 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 211.33 | 0.00 |
| 14. | Chicago Municipal Employees CU | Unsecured | 179.02 | 0.00 |
| 15. | Chase Bank | Unsecured | 190.80 | 0.00 |
| 16. | Capital One | Unsecured | 49.59 | 0.00 |
| 17. | Cook County Treasurer | Unsecured | 10.96 | 0.00 |
| 18. | Banco Popular | Unsecured |  | No Claim Filed |
| 19. | Mount Sinai Hospital Medical C | Unsecured |  | No Claim Filed |
| 20. | Home Depot | Unsecured |  | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 22. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,837.02 | $ 2,778.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Sutton, Raeisha S

Printed: 9/3/08

Case Number: 06 B 12786
Judge: Squires, John H
Filed: 10/7/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 86.78 |
| 5.4% | 60.38 |
|  | _____ |
|  | $ 147.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

